**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **OfficeMart, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1780980** | |

4. **Debtor's address**

**Principal place of business**

**607 Benson Road**
**Garner, NC 27529**
Number, Street, City, State & ZIP Code

**Wake**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   **officemart.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **OfficeMart, Inc.**

Name

Case number (*if known*)

---

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ | |
| District _____ | When _____ | Case number _____ | |

---

| Debtor | **OfficeMart, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **OfficeMart, Inc.** | Case number (*if known*) |
| | Name | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **OfficeMart, Inc.**                                                                  Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 16, 2021**
MM / DD / YYYY

X **/s/ Jason D. Angel**                                       **Jason D. Angel**
Signature of authorized representative of debtor                Printed name

Title   **CEO**

**18. Signature of attorney**

X **/s/ Blake Y. Boyette**                          Date   **July 16, 2021**
Signature of attorney for debtor                        MM / DD / YYYY

**Blake Y. Boyette 44239**
Printed name

**Buckmiller, Boyette & Frost, PLLC**
Firm name

**4700 Six Forks Road**
**Suite 150**
**Raleigh, NC 27609**
Number, Street, City, State & ZIP Code

Contact phone   **919-296-5040**        Email address   **bboyette@bbflawfirm.com**

**44239 NC**
Bar number and State

## CONSENT RESOLUTIONS OF THE BOARD OF DIRECTORS

## OF

## OFFICEMART, INC.

The undersigned, being all of the directors of OFFICEMART, INC. (the "Company"), do hereby adopt the following resolutions by signing their written consent hereto and by the execution of this consent do hereby waive any and all formalities regarding notice of time, date, place and purpose of meeting.

WHEREAS, the directors of the Company have evaluated its alternatives in connection with its current financial condition and have determined that the filing of a voluntary petition for relief under chapter 11 of the Bankruptcy Code, set forth in Title 11 of the United States Code (the "Bankruptcy Code"), with the Eastern District of North Carolina (the "Bankruptcy Court") is in the best interests of the Company; and

RESOLVED, that the Company shall be, and hereby is authorized to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, in the Bankruptcy Court and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing (the "Bankruptcy Case");

FURTHER RESOLVED, that JASON ANGEL shall be authorized to act on behalf of the Company with respect to all of the Company's bankruptcy proceedings, including but not limited to signing any and all documents pertaining to the Company's bankruptcy and attending any and all hearings and conferences related to the Company's bankruptcy;

FURTHER RESOLVED, that JASON ANGEL, as Chief Executive Officer of the Company, shall be authorized to execute and sign, in connection with retaining Buckmiller, Boyette & Frost, PLLC ("BBF"), any fee agreement, contract or other attendant document necessary to effectuate the legal representation and services of BBF for the Company and in connection with the Bankruptcy Case;

FURTHER RESOLVED, that JASON ANGEL, as Chief Executive Officer of the Company, shall be, and hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to: (a) execute, acknowledge, deliver, verify, and file or cause to be filed all petition, schedules, statements, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (b) execute, acknowledge, deliver, and verify any and all other documents necessary or appropriate in connection therewith or to administer the Bankruptcy Case in such form;

FURTHER RESOLVED, that the Company shall be authorized to retain BBF as its attorney, to represent its interests and otherwise act on its behalf in connection with the Bankruptcy Case;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by the Company in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed, and approved; and

FURTHER RESOLVED, that the Chairman of the Board of Directors is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of the Company or its legal counsel, a true copy of the foregoing resolutions.

This action is effective as of the _____ day of June, 2021.

**CHAIRMAN OF BOARD OF DIRECTORS:**

_Jason D. Angel_
_____
JASON ANGEL


**DIRECTORS:**

_Jason D. Angel_
_____
JASON ANGEL

_Katrina Sparks_
_____
KATRINA SPARKS

_James R Melton_
_____
JAMES MELTON

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **OfficeMart, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **July 16, 2021** | X **/s/ Jason D. Angel** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Jason D. Angel** |
| | | Printed name |
| | | **CEO** |
| | | Position or relationship to debtor |

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>OfficeMart, Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>EASTERN DISTRICT OF NORTH CAROLINA</b></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adria Systems, LLC Attn: Manager, Officer, Agent 15-55 Clintonville Street Whitestone, NY 11357 | | Refund Agreement | | | | $30,000.00 |
| Bienali Promotions, LLC Attn: Manager, Officer, Agent 1811 St. John Ave. Suite 201 Highland Park, IL 60035 | | | Disputed | | | $500,000.00 |
| Brian Garavuso 8 Sun Glow Lane Las Vegas, NV 89135 | | | | | | $45,000.00 |
| Global Clean Attn: Manager, Agent, Officer 905 Martin Luther King Dr. #540 Tarpon Springs, FL 34689 | | | | | | $775,000.00 |
| Global Ordance Attn: Manager, Agent, Officer 2150 Witfield Avenue Sarasota, FL 34243 | | | | | | $2,783,000.00 |
| GreenLayer Attn: Manager, Agent, Officer 1853 SW Jefferson Street Portland, OR 97201 | | | Disputed | | | $68,625.00 |

| Debtor | **OfficeMart, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Harold Lane Fenner 330 Pelton Court Johns Creek, GA 30022** | | **Amounts owed pursuant to Consulting Agreement** | | | | **$60,000.00** |
| **ImageStar/Turbon Group Attn: Manager, Agent, Officer PO Box 93 Brattleboro, VT 05302-0093** | | | | | | **$65,109.18** |
| **James Miller 7412 9th Street SE Buffalo, MN 55313** | | | | | | **$35,000.00** |
| **Jason Angel 1016 Shannon Court Raleigh, NC 27603** | | **Deferred salary** | | | | **$401,445.00** |
| **Jason Angel 1016 Shannon Court Raleigh, NC 27603** | | **Deferred commission** | | | | **$94,700.00** |
| **Jimmy Melton 115 Cupola Chase Way Cary, NC 27519** | | **Amounts owed pursuant to Consulting Agreement** | | | | **$75,000.00** |
| **Katrina Sparks 343 Chris Court Garner, NC 27529** | | **Deferred commission** | | | | **$89,655.00** |
| **Katrina Sparks 343 Chris Court Garner, NC 27529** | | **Deferred salary** | | | | **$209,295.00** |
| **Medline Industries, Inc. Attn: Manager, Agent, Officer 3 Lakes Drive Northfield, IL 60093-2753** | | | **Disputed** | | | **$250,000.00** |
| **Oklahoma Janitorial Attn: Manager, Officer, Agent 4101 SW 29th St Oklahoma City, OK 73119** | | | **Disputed** | | | **$38,000.00** |
| **Solvet Services, LLC Attn: Manager, Agent, Officer 345 Doucet Rd. Ste 212 Lafayette, LA 70503** | | | **Disputed** | | | **$710,250.00** |

| Debtor | **OfficeMart, Inc.** | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Summit Attn: Manager, Agent, Officer 11961 Tech Road Silver Spring, MD 20904** | | | **Disputed** | | | **$788,240.00** |
| **Technology Integration Group Attn: Manager, Agent, Officer 10240 Flanders Court San Diego, CA 92121** | | | | | | **$144,792.75** |
| **Wolfpack Sports Properties, LLC Attn: Manager, Officer, Agent 2619 Western Boulevard Raleigh, NC 27606-2125** | | | | | | **$75,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name      **OfficeMart, Inc.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)      _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................... $    **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................................. $    **4,592.11**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................................... $    **4,592.11**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **585,049.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **20,000.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **7,464,989.98**

4.    **Total liabilities** .....................................................................................................................
    Lines 2 + 3a + 3b      $    **8,070,038.98**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **OfficeMart, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **First National Bank** | **Checking - Operating** | **2908** | $54.24 |
| 3.2. **First National Bank** | **Checking - Payroll** | **2916** | $34.87 |
| 3.3. **First National Bank** | **Checking** | **2924** | $3.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | $92.11
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments
6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable
10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

| Debtor | **OfficeMart, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | | |
|---|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 0.00 | - | 0.00 | =.... | Unknown |
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $0.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | | |
| | Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | % of ownership | | |
| | Name of entity: | | | |
| 15.1. | **OFFICEMART OF NORTH CHICAGO, LLC** Minimal assets - no value | 49 % | N/A | $0.00 |
| 15.2. | **OFFICEMART OF CATONSVILLE, LLC** Minimal assets - no value | 49 % | N/A | $0.00 |
| 15.3. | **OFFICEMART OF TOWSON, LLC** Minimal assets - no value | 49 % | N/A | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | | |
| | Describe: | | | |

| 17. | **Total of Part 4.** | $0.00 |
|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | |

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **OfficeMart, Inc.**
Name                                                    Case number *(If known)*

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

| Printers | | Unknown | Liquidation | $1,500.00 |
|---|---|---|---|---|
| Toner | | Unknown | Liquidation | $1,500.00 |

23.    **Total of Part 5.**                                                                 | $3,000.00 |
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  Office furniture<br>Miscellaneous office furniture & equipment | Unknown | Liquidation | $1,500.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                 | $1,500.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **OfficeMart, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** officemart.com | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **OfficeMart, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

<table>
<tr><td></td><td></td><td>Current value of debtor's interest</td></tr>
<tr><td>71.</td><td><b>Notes receivable</b><br>Description (include name of obligor)</td><td></td></tr>
<tr><td>72.</td><td><b>Tax refunds and unused net operating losses (NOLs)</b><br>Description (for example, federal, state, local)</td><td></td></tr>
<tr><td>73.</td><td><b>Interests in insurance policies or annuities</b></td><td></td></tr>
<tr><td>74.</td><td><b>Causes of action against third parties (whether or not a lawsuit has been filed)</b></td><td></td></tr>
</table>

| | | Current value of debtor's interest |
|---|---|---|
| **Potential claim against Legacy Defence, LLC** | | Unknown |
| Nature of claim | Breach of Contract | |
| Amount requested | $1,300,000.00 | |
| **Potential claims against McKinley Corporation, Ltd. and McKinley Investment, LLC** | | Unknown |
| Nature of claim | Breach of Contract/Fraud | |
| Amount requested | $3,814,177.44 | |
| **Potential claim against Zaaz Medical, Inc.** | | Unknown |
| Nature of claim | Breach of contract/fraud | |
| Amount requested | $15,000,000.00 | |
| **Potential claim against Dr. Rollan Roberts** | | Unknown |
| Nature of claim | Breach of contract/fraud | |
| Amount requested | $28,000.00 | |
| **Potential claims against CPI/Patrick Aloni** | | Unknown |
| Nature of claim | Breach of contract/refund of unearned money paid | |
| Amount requested | $600,000.00 | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Money owed by Triangle OfficeMart, LLC for purchase of Triangle territory/licensing rights - 257,416.23**<br>**Money owed by Curtis Tolson for purchase of Central Missouri territory/licensing rights - 35,000** | Unknown |
|---|---|---|
| | Nature of claim | |
| | Amount requested      $292,416.23 | |

76.     **Trusts, equitable or future interests in property**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor      **OfficeMart, Inc.**                                          Case number *(If known)* _____
            _____
            Name

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                              | $0.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **OfficeMart, Inc.**

Name

Case number *(If known)*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $92.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,592.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,592.11 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **OfficeMart, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Avalon Funding Corporation**<br>Creditor's Name<br><br>**Attn: Manager, Agent, Officer**<br>**PO Box 10863**<br>**Santa Ana, CA 92711**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Blanket UCC recorded - No amount owed**<br><br>**Describe the lien**<br>**UCC Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$0.00** | **$0.00** |
| Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| **2.2** **Corp. Service Company**<br>Creditor's Name<br><br>**Attn: Manager, Officer, Agent**<br>**PO Box 2576**<br>**Springfield, IL 62704**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**UCC-1 Recorded as representative for unknown company; Debtor beleives paid in full, listed for notice**<br><br>**Describe the lien**<br>**UCC-1 File No. 20190107339G**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$0.00** | **Unknown** |
| Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/7/2019**<br>**Last 4 digits of account number** | | | |

Debtor  **OfficeMart, Inc.**
_____    Case number (if known) _____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **TVT Capital** | Describe debtor's property that is subject to a lien | $585,049.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager, Agent, Officer**
**90 Broad Street, Ste. 16**
**New York, NY 10004**

Creditor's mailing address

**Describe the lien**

**Blanket Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $585,049.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Nicholas Benedetto Esq.** **The Law Office Nicholas Benedetto** **352 7th Avenue Suite 907** **New York, NY 10001** | Line  **2.3** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **OfficeMart, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Attn: Manager, Agent, Officer**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | $0.00 | $0.00 |

| As of the petition filing date, the claim is: |
|---|
| *Check all that apply.* |
| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Listed for Notice** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**NC Department of Revenue**<br>**Office Serv. Div, Bankruptcy Unit**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | $20,000.00 | $0.00 |

| As of the petition filing date, the claim is: |
|---|
| *Check all that apply.* |
| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim:<br>**Delinquent Sales Taxes - approx amount shown** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    56040                    Best Case Bankruptcy

Debtor   **OfficeMart, Inc.**                                      Case number *(if known)* _____
_____
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Wake County Tax Collector**
**Attn: Manager, Agent, Officer**
**P.O. Box 2331**
**Raleigh, NC 27602**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**613 Trading Inc.**
**Attn: Manager, Agent, Officer**
**2875 NE 191st St #305**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Any/all potential claims - listed for notice_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Adria Systems, LLC**
**Attn: Manager, Officer, Agent**
**15-55 Clintonville Street**
**Whitestone, NY 11357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Refund Agreement_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,175.00** |
|---|---|---|---|

**Advanced Business Strategies**
**Attn: Manager, Agent, Officer**
**9704 Koupela Drive**
**Raleigh, NC 27614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**All Cargo Logistic Services**
**3 Hashron St–Airport City-POB 181**
**Lod - 7019900**
**ISRAEL**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Any/all potential claims - listed for notice_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,451.77** |
|---|---|---|---|

**Alliance Supply**
**Attn: Manager, Agent, Officer**
**2161 E County Rd 540A #257**
**Lakeland, FL 33813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **OfficeMart, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Academy of Thermology**
Attn: Manager, Agent, Officer
500 Duvall Drive
Greenville, SC 29607

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Any/all potential claims - listed for notice

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**American Heart Association**
Attn: Manager, Agent, Officer
7272 Greenville Avenue
Dallas, TX 75231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Appreciative Living & People Sol**
453 Soi Anamai Ngam Charoen 33
Khwaeng Thaian 10150
BANGKOK

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Any/all potential claims - listed for notice

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arbo Ministries**
Attn: Manager, Agent, Officer
14 Curtis Road
Gilford, NH 03249

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Any/all potential claims - listed for notice

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,161.07** |
|---|---|---|---|

**Aster Graphics**
Attn: Manager, Agent, Officer
12000 Magnolia Avenue, Ste. 101
Riverside, CA 92503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Austin Eatman**
1124 W. Pope Street
Benson, NC 27504

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Any/all potential claims - listed for notice

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Bienali Promotions, LLC**
Attn: Manager, Officer, Agent
1811 St. John Ave. Suite 201
Highland Park, IL 60035

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **OfficeMart, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| **3.13** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**3.13**  Nonpriority creditor's name and mailing address

**BioFusion Corp**
**Attn: Manager, Agent, Officer**
**1415 2nd Street Unit 412**
**Sarasota, FL 34236**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Any/all potential claims - listed for notice

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address

**Braden River Soccer Club**
**Attn: Manager, Agent, Officer**
**11523 Palbrush Tr #212**
**Bradenton, FL 34202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Any/all potential claims - listed for notice

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15**  Nonpriority creditor's name and mailing address

**Brian Garavuso**
**8 Sun Glow Lane**
**Las Vegas, NV 89135**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$45,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address

**Bridge to the Nations**
**Attn: Manager, Agent, Officer**
**PO Box 1829**
**Wake Forest, NC 27588**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Any/all potential claims - listed for notice

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17**  Nonpriority creditor's name and mailing address

**Caliber Technologies, LLC**
**Attn: Manager, Agent, Officer**
**4 Fox Meadow Lane**
**Lloyd Harbor, NY 11743**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Any/all potential claims

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18**  Nonpriority creditor's name and mailing address

**Champro**
**Attn: Manager, Agent, Officer**
**1175 Wheeling Road**
**Wheeling, IL 60090**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19**  Nonpriority creditor's name and mailing address

**Charissa Kash**
**1640 Powers Ferry Rd.**
**Bldg 19-20**
**Marietta, GA 30067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Any/all potential claims - listed for notice

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **OfficeMart, Inc.**
_____
 Name

Case number (if known) _____

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Connecting World Merchandise, LLC**
**Attn: Manager, Agent, Officer**
**30 N. Gould Street #9431**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Any/all potential claims - listed for notice

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Dan Ofchinick**
**157 Lewisham Road**
**Cranberry, PA 16319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Amounts owed pursuant to Consulting Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Danny Barnes**
**607 Hawks Ridge Court**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Any/all potential claims - Listed for Notice

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Magnano**
**2515 Alexander Place #3205**
**Clearwater, FL 33763**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Any/all potential claims - Listed for notice

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,509.03** |
|---|---|---|---|

**Digitek Imaging Products**
**Attn: Manager, Agent, Officer**
**PO Box 601029**
**Charlotte, NC 28260-1029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Edmond Soccer Club**
**Attn: Manager, Agent, Officer**
**PO Box 955**
**Edmond, OK 73083**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Any/all potential claims - listed for notice

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,455.18** |
|---|---|---|---|

**Essendant**
**Attn: Manager, Agent, Officer**
**PO Box 821724**
**Philadelphia, PA 19182-1724**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **OfficeMart, Inc.**
_____     Case number (if known) _____
Name

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Expedited Partners LLC**
**Attn: Manager, Agent, Officer**
**1027 Challenger**
**Lakeway, TX 78734**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Any/all potential claims - listed for notice

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$775,000.00** |
|---|---|---|---|

**Global Clean**
**Attn: Manager, Agent, Officer**
**905 Martin Luther King Dr. #540**
**Tarpon Springs, FL 34689**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,783,000.00** |
|---|---|---|---|

**Global Ordance**
**Attn: Manager, Agent, Officer**
**2150 Witfield Avenue**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,625.00** |
|---|---|---|---|

**GreenLayer**
**Attn: Manager, Agent, Officer**
**1853 SW Jefferson Street**
**Portland, OR 97201**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Harold Lane Fenner**
**330 Pelton Court**
**Johns Creek, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Amounts owed pursuant to Consulting Agreement

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,109.18** |
|---|---|---|---|

**ImageStar/Turbon Group**
**Attn: Manager, Agent, Officer**
**PO Box 93**
**Brattleboro, VT 05302-0093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Impact Business Group**
**Attn: Manager, Agent, Officer**
**1802 Prescott Drive**
**Stevens Point, WI 54482**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Amounts owed pursuant to Consulting Agreement

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **OfficeMart, Inc.**                                    Case number *(if known)* _____
         Name

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |

**Infinite Access Group**
Attn: Manager, Agent, Officer
PO Box 129
Savage, MN 55378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |

**James Miller**
7412 9th Street SE
Buffalo, MN 55313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,700.00** |

**Jason Angel**
1016 Shannon Court
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Deferred commission_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$401,445.00** |

**Jason Angel**
1016 Shannon Court
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Deferred salary_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,500.00** |

**Jason Mackey**
6229 Walhonding Road
Bethesda, MD 20816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Amounts owed pursuant to Consulting Agreement_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |

**Jimmy Melton**
115 Cupola Chase Way
Cary, NC 27519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Amounts owed pursuant to Consulting Agreement_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John Ocenar**
925 Eno Point
Lawrenceville, GA 30045

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Any/all potential claims - listed for notice_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **OfficeMart, Inc.** _____   Case number (if known) _____

| | Name |
|---|---|

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Joshua Rockoff
6 Clinton Lane
Harrison, NY 10528

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Any/all potential claims - listed for notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Karla Mae Capital, LLC
Attn: Manager, Officer, Agent
1405 Ashford Ave, Suite 904N
San Juan, PR 00907

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Any/all potential claims - listed for notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89,655.00** |
|---|---|---|---|

Katrina Sparks
343 Chris Court
Garner, NC 27529

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Deferred commission**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$209,295.00** |
|---|---|---|---|

Katrina Sparks
343 Chris Court
Garner, NC 27529

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Deferred salary**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

Kim Roberts
 118 Scotch Bonnet Ridge
Clayton, NC 27520

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Any/all potential claims - listed for notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Langston University Ntl Alumni Asso
Attn: Manager, Agent, Officer
6700 N. MLK Ave. #13
Oklahoma City, OK 73111

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Any/all potential claims - listed for notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,423.86** |
|---|---|---|---|

Laser Pros International
Attn: Manager, Agent, Officer
One International Lane
Rhinelander, WI 54501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **OfficeMart, Inc.**
_____
Name

Case number (if known) _____

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,770.18 |
|---|---|---|---|

**Liberty Parts Team**
Attn: Manager, Agent, Officer
3517 W. Beltline HWY
Madison, WI 53713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,500.00 |
|---|---|---|---|

**Mark Ishman**
8601 Six Forks Rd., Unit 400
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MD Oil**
190 White Ash Drive
Brandon MB
CANADA

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Any/all potential claims - listed for notice

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Medline Industries, Inc.**
Attn: Manager, Agent, Officer
3 Lakes Drive
Northfield, IL 60093-2753

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.50 |
|---|---|---|---|

**Monster Voip**
Attn: Manager, Agent, Officer
1730 East Holly Avenue
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**NCFC**
Attn: Manager, Agent, Officer
5017 Memory Road
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NCFC**
Attn: Manager, Agent, Officer
5017 Memory Road
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Any/all potential claims - listed for notice

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **OfficeMart, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **Unknown** |

**Oak Sourcing & Logistics, LLC**
**Attn: Manager, Agent, Officer**
**1620 Central Avenue #2020**
**Cheyenne, WY 82001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Any/all potential claims - listed for notice

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$38,000.00** |

**Oklahoma Janitorial**
**Attn: Manager, Officer, Agent**
**4101 SW 29th St**
**Oklahoma City, OK 73119**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **Unknown** |

**PMB Holdings LLC**
**Attn: Manager, Agent, Officer**
**1343 Main Street #402**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Any/all potential claims - listed for notice

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$9,000.00** |

**PrimeTime Global Logistics**
**Attn: Manager, Agent, Officer**
**7350 N. Dobson Road #130**
**Scottsdale, AZ 85256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$20,611.25** |

**Reid & Wise**
**Attn: Manager, Agent, Officer**
**One Penn Plaza, Ste. 2015**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$10,651.00** |

**ROI Sports & Entertainment**
**Attn: Manager, Agent, Officer**
**2405 Havershire Drive #2020**
**Raleigh, NC 27613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Amounts owed pursuant to Consulting Agreement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **Unknown** |

**Rudy Wrabel**
**11727 Dorothy Street #301**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Any/all potential claims - listed for notice

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **OfficeMart, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rush Ford**
3931 Northwest 7th
Oklahoma City, OK 73107

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Any/all potential claims - listed for notice

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |
|---|---|---|---|

**SITS**
18 Dattwadi
Sinhagad Rd. Pune 411030
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$710,250.00** |
|---|---|---|---|

**Solvet Services, LLC**
Attn: Manager, Agent, Officer
345 Doucet Rd. Ste 212
Lafayette, LA 70503

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sound Mind Ministry**
Attn: Manager, Agent, Officer
1418 Aversboro Rd #204
Garner, NC 27529

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Any/all potential claims - listed for notice

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,634.21** |
|---|---|---|---|

**SP Richards**
Attn: Manager, Agent, Officer
4300 Wildwood Pkwy #100
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Steve Weedon**
1513 Paros Hill Lane
Apex, NC 27502

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Any/all potential claims - listed for notice

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$788,240.00** |
|---|---|---|---|

**Summit**
Attn: Manager, Agent, Officer
11961 Tech Road
Silver Spring, MD 20904

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **OfficeMart, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

Tammy Croom
5221 Somerset Mill Ln.
Raleigh, NC 27616

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144,792.75** |
|---|---|---|---|

Technology Integration Group
Attn: Manager, Agent, Officer
10240 Flanders Court
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,553.00** |
|---|---|---|---|

Vendesta
410 22nd St. E 15th FL
Saskatoon SK S7K 5T6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,360.00** |
|---|---|---|---|

Veritiv
Attn: Manager, Agent, Officer
6120 South Gilmore Road #400
Fairfield, OH 45014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Vigilant Hope
Attn: Manager, Agent, Officer
PO Box 816
Wilmington, NC 28401

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Any/all potential claims - listed for notice_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

Wingswept
Attn: Manager, Agent, Officer
800 Benson Road
Garner, NC 27529

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

Wolfpack Sports Properties, LLC
Attn: Manager, Officer, Agent
2619 Western Boulevard
Raleigh, NC 27606-2125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

| Debtor | **OfficeMart, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ashly Boesche**<br>**Pattishall, McAuliffe, Newbury**<br>**200 South Wacker Drive #2900**<br>**Chicago, IL 60606** | Line **3.51**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **John B. Dunlap III**<br>**Dunlap Fiore, LLC**<br>**6700 Jefferson Highway Bldg 2**<br>**Baton Rouge, LA 70806** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Nathan Robinson**<br>**The Sigmon Law Firm**<br>**PO Box 17249**<br>**Raleigh, NC 27619** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Rudy Wrabel**<br>**27707 Merchant Hills Lane**<br>**Katy, TX 77494** | Line **3.61**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ 20,000.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ 7,464,989.98 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | | 5c. | $ 7,484,989.98 |

**Fill in this information to identify the case:**

Debtor name    **OfficeMart, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Independent Agent Sales Partnership Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **ADMD Solutions, LLC**<br>**Attn: Manager, Officer, Agent**<br>**16416 US HWY 19 N #918**<br>**Clearwater, FL 33764** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Ailena White**<br>**15905 Ben Tree Forest Circle #2070**<br>**Dallas, TX 75248** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Alane Manda**<br>**1846 Beechwood Ave NE**<br>**North Canton, OH 44720** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Alec Hulmes**<br>**1529 Crafton Way**<br>**Raleigh, NC 27607** |

| Debtor 1 | **OfficeMart, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Andrea Cattle** |
| | List the contract number of any government contract | | **1931 Melose Valley Circle 1521C**<br>**Raleigh, NC 27603** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Antonio Archibold** |
| | List the contract number of any government contract | | **1781 Felts Pkwy**<br>**Fort Mill, SC 29715** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bill Hopkins** |
| | List the contract number of any government contract | | **2811 Grande Valley Circle**<br>**Cary, NC 27513** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Referral Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Branch Messenger Inc.** |
| | List the contract number of any government contract | | **Attn: Manager, Agent, Officer**<br>**301 S. 4th Avenue Ste. 960N**<br>**Minneapolis, MN 55415** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Brandon Gray** |
| | List the contract number of any government contract | | **2719 Graves Dr #15**<br>**Goldsboro, NC 27534** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Brent Anderson** |
| | List the contract number of any | | **300 Sandal Lane**<br>**Panama City Beach, FL 32413** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **OfficeMart, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Brian Garavuso**<br>**8 Sun Glow Lane**<br>**Las Vegas, NV 89135** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Brian Morin**<br>**69 Portsmouth Street**<br>**Concord, NH 03301** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Brice Bickford**<br>**2135 E, 153rd Terrace**<br>**Olathe, KS 66062** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month lease for commercial property - $1,100/month** |
| | State the term remaining | |
| | List the contract number of any government contract | **Builder & Builder Investment Group**<br>**Attn: Manager, Agent, Officer**<br>**1106 Anderson Street**<br>**Durham, NC 27705** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreements** |
| | State the term remaining | |
| | List the contract number of any government contract | **Casey Walker**<br>**307 Springview Drive**<br>**Sanford, FL 32773** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** |
| | | **Chase Nimo**<br>**3939 Glenwood Avenue**<br>**Raleigh, NC 27612** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **OfficeMart, Inc.** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| | State the term remaining | |
| --- | --- | --- |
| | List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Connie Gardner**<br>**2429 Brockton Cir.**<br>**Naperville, IL 60565** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Connor Mansell**<br>**23737 HWY 24**<br>**Russellville, AL 35653** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Craig Cocharo**<br>**16 Airway Circle #1C**<br>**Towson, MD 21286** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Currency Capital**<br>**Attn: Manager, Agent, Officer**<br>**12100 Wilshire Blvd. 18th FL**<br>**Los Angeles, CA 90025** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Curtis Tolson**<br>**PO Box 1996**<br>**Columbia, MO 65205** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **OfficeMart, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreements** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dan Ofchinick**<br>**157 Lewisham Road**<br>**Cranberry, PA 16319** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dan White**<br>**6607 SE 92nd Ave.**<br>**Portland, OR 97266** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreements** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **David Corker**<br>**5177 Brecon Ct**<br>**Rochester, MI 48306** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **David Horton**<br>**407 Carolina Avenue**<br>**Raleigh, NC 27606** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **David Plummer**<br>**7585 Excitement Drive**<br>**Reunion, FL 34747** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Dean Paul Window**<br>**128 Percheron Drive**<br>**Zebulon, NC 27597** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **OfficeMart, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Eric Bartz**<br>**3284 S. Fox Street**<br>**Englewood, CO 80110** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement - related to PPE sales** | |
|---|---|---|---|
| | State the term remaining | | **GreenLayer**<br>**Attn: Manager, Agent, Officer**<br>**4804 NW Bethany Blvd #210**<br>**Portland, OR 97229** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreements** | |
|---|---|---|---|
| | State the term remaining | | **Hannah Stone**<br>**1732 Netherfield Lane**<br>**Raleigh, NC 27610** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreements** | |
|---|---|---|---|
| | State the term remaining | | **Harold Lane Fenner**<br>**330 Pelton Court**<br>**Johns Creek, GA 30022** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hrishikesh Gogate**<br>**9733 Ridgeforest Drive**<br>**Charlotte, NC 28277** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | **Hunter Edwards**<br>**1804 Kelly Glen Drive**<br>**Apex, NC 27502** |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **OfficeMart, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Member Service Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Imark**<br>**Attn: Manager, Agent, Officer**<br>**4201 Northview Drive #3030**<br>**Bowie, MD 20716** |
| | List the contract number of any government contract _____ | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreements** | |
|---|---|---|---|
| | State the term remaining | | **Impact Business Group**<br>**Attn: Manager, Agent, Officer**<br>**1802 Prescott Drive**<br>**Stevens Point, WI 54482** |
| | List the contract number of any government contract _____ | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Isaiah Sheppard**<br>**10008 Bradford Grove**<br>**Frisco, TX 75035** |
| | List the contract number of any government contract _____ | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Jack McCarthy**<br>**1775 E. Palm Canyon Ste 110-111**<br>**Palm Springs, CA 92264** |
| | List the contract number of any government contract _____ | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **James Miller**<br>**7412 9th Street SE**<br>**Buffalo, MN 55313** |
| | List the contract number of any government contract _____ | | |

Debtor 1  **OfficeMart, Inc.**                                            Case number *(if known)* _____

_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jamie Woods**<br>**52 Central Street**<br>**Franklin, NH 03235** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jason Angel**<br>**1016 Shannon Court**<br>**Raleigh, NC 27603** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreements** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jason Mackey**<br>**6229 Walhonding Road**<br>**Bethesda, MD 20816** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jay Sutton**<br>**6023 Manning Road**<br>**Indianapolis, IN 46228** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jim Dudgeon**<br>**5898 Jackelyn Court**<br>**Washington, MI 48094** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Jim Ford**<br>**10801 NW 103rd Circle**<br>**Yukon, OK 73099** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **OfficeMart, Inc.**                                              Case number (*if known*) _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract _____ | _____ |

| | | |
|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreements** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jimmy Melton**<br>**115 Cupola Chase Way**<br>**Cary, NC 27519** |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Joe Zukosky**<br>**3825 Creek Circle**<br>**Charlotte, NC 28213** |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jorge Garcia**<br>**5813 Montserrat Drive**<br>**Corpus Christi, TX 78414** |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Joseph Deoudes**<br>**7313 Greentree Rd.**<br>**Bethesda, MD 20817** |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement - related to PPE sales** |
| | State the term remaining | |
| | List the contract number of any government contract | **Kairos Moment, LLC**<br>**Attn: Manager, Officer, Agent**<br>**205 W. Lake Mary Blvd, Suite 230**<br>**Sanford, FL 32773** |
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** |
| | | **Lourdes Destacamento Stack**<br>**310 Paladium Ct. Unit 402**<br>**Owings Mills, MD 21117** |

Debtor 1   **OfficeMart, Inc.**
_____   Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Malcolm Sullivan** |
| | List the contract number of any government contract _____ | | **2720 Graves Drive #15** |
| | | | **Goldsboro, NC 27534** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreements** | |
|---|---|---|---|
| | State the term remaining | | **Mary Jo Sandretsky** |
| | List the contract number of any government contract _____ | | **1641 Highway 12** |
| | | | **Two Harbors, MN 55616** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Broker Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Matt Kanuck** |
| | List the contract number of any government contract _____ | | **8740 Ingleton Court** |
| | | | **Orlando, FL 32836** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Max Expo** |
| | List the contract number of any government contract _____ | | **14 Spring Street** |
| | | | **Waltham, MA 02452** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Melvin Gordon** |
| | List the contract number of any government contract _____ | | **6922 Shady View Court** |
| | | | **Sachse, TX 75048** |

Debtor 1    **OfficeMart, Inc.**                                                    Case number *(if known)* _____

    First Name              Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement - Sales Recruitment** | |
|---|---|---|---|
| | State the term remaining | | **Michael Huboky** |
| | List the contract number of any government contract | | **12 Park Side Drive** **Sicklerville, NJ 08081** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Michael Lewis** |
| | List the contract number of any government contract | | **1226 Slider Drive** **Raleigh, NC 27614** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Michael Touhey** |
| | List the contract number of any government contract | | **416 Gambit Circle** **Wake Forest, NC 27587** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Referral Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mortar Cloud, LLC dba Docufrom** **Attn: Manager, Agent, Officer** |
| | List the contract number of any government contract | | **7040 Avenida Encinas Ste. 104** **Carlsbad, CA 92011** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | | **National Utilities Refund LLC** **Attn: Manager, Agent, Officer** |
| | List the contract number of any government contract | | **1717 Main Street** **Northampton, PA 18067** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to sell HR/Payroll Services** | |
|---|---|---|---|
| | State the term remaining | | **NetChex** **Attn: Manager, Agent, Officer** |
| | List the contract number of any | | **1155 Hwy 190 E. Service Rd. #2** **Covington, LA 70433** |

Debtor 1   **OfficeMart, Inc.**                                                    Case number *(if known)*  _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |
|---|---|---|---|

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
| | State the term remaining | | **OfficeMart of Catonsville, LLC**<br>**Attn: Manager, Officer, Agent**<br>**649 Poole Drive**<br>**Garner, NC 27529** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
| | State the term remaining | | **OfficeMart of North Chicago, LLC**<br>**Attn: Manager, Officer, Agent**<br>**649 Poole Drive**<br>**Garner, NC 27529** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
| | State the term remaining | | **OfficeMart of Towson, LLC**<br>**Attn: Manager, Officer, Agent**<br>**649 Poole Drive**<br>**Garner, NC 27529** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
| | State the term remaining | | **Onncore**<br>**Attn: Manager, Agent, Officer**<br>**5166 Sycamore Canyon Dr**<br>**El Dorado Hills, CA 95762** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
| | State the term remaining | | **Onsite**<br>**Attn: Manager, Agent, Officer**<br>**5072 Hwy 50**<br>**El Dorado Hills, CA 95762** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | **Onterrio Eason**<br>**4238 Barber Mill Rd Lot 32**<br>**Clayton, NC 27520** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1 **OfficeMart, Inc.**
_____    _____    _____    Case number (*if known*) _____
First Name                        Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement - related to PPE sales** | |
|---|---|---|---|
| | State the term remaining | | **Owl Med Supplies** |
| | List the contract number of any government contract _____ | | **Attn: Manager, Agent, Officer**<br>**1746 E. Silver Star Rd. #365**<br>**Ocoee, FL 34761** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Patrick Redman** |
| | List the contract number of any government contract _____ | | **6998 Toscana Trace**<br>**Summerfield, NC 27358** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Paul Lowe** |
| | List the contract number of any government contract _____ | | **2309 Savannah Drive**<br>**Mansfield, TX 76063** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement - related to PPE sales** | |
|---|---|---|---|
| | State the term remaining | | **Penn Crosby LLC** |
| | List the contract number of any government contract _____ | | **Attn: Manager, Agent, Officer**<br>**191 College Street #215**<br>**Burlington, VT 05401** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Qurat ul Ain Kashif** |
| | List the contract number of any government contract _____ | | **1829 Riestertown Drive #350**<br>**Pikesville, MD 21208** |

Debtor 1    **OfficeMart, Inc.**                                                    Case number (*if known*) _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreements** | |
|---|---|---|---|
| | State the term remaining | | **ROI Sports & Entertainment**<br>**Attn: Manager, Agent, Officer**<br>**2405 Havershire Drive #2020**<br>**Raleigh, NC 27613** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement - related to PPE sales** | |
|---|---|---|---|
| | State the term remaining | | **Sandy International**<br>**Attn: Manager, Agent, Officer**<br>**205 E. 42nd Street**<br>**New York, NY 10017** |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Location of potential Distributors** | |
|---|---|---|---|
| | State the term remaining | | **Sarah Barker SSB Consulting**<br>**Attn: Manager, Agent, Officer**<br>**2948 W. Gemstone Drive**<br>**Meridian, ID 83646** |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Legal Representation** | |
|---|---|---|---|
| | State the term remaining | | **Sean Kanuck, Esq. PLLC**<br>**Attn: Manager, Agent, Officer**<br>**330 S. West Street #308**<br>**Alexandria, VA 22314** |
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Selina Hofland**<br>**6423 Boot Hill Rd**<br>**Casper, WY 82605** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Shannon Edwards**<br>**2427 Tall Sequoia Drive**<br>**Fresno, TX 77545** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **OfficeMart, Inc.**                                                           Case number (*if known*) _____

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sonya Hicks** |
| | List the contract number of any government contract | | **6009 Elk Ridge Drive** |
| | | | **Kernersville, NC 27284** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sparta Consulting** |
| | | | **Attn: Manager, Officer, Agent** |
| | List the contract number of any government contract | | **1717 N. Bayshore Dr, Apt 1237** |
| | | | **Miami, FL 33132** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Location of potential Distributors** | |
|---|---|---|---|
| | State the term remaining | | **The Franchise Consulting Co.** |
| | | | **Attn: Manager, Agent, Officer** |
| | List the contract number of any government contract | | **3735 SW 8th Street** |
| | | | **Miami, FL 33134** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement - related to PPE sales** | |
|---|---|---|---|
| | State the term remaining | | **TNC Health Solutions, LLC** |
| | | | **Attn: Manager, Officer, Agent** |
| | List the contract number of any government contract | | **5847 San Felipe St., Suite 1700** |
| | | | **Houston, TX 77056** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Distributorship License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Triangle OfficeMart, LLC** |
| | | | **Attn: Manager, Officer, Agent** |
| | List the contract number of any government contract | | **1204 Northview Street** |
| | | | **Garner, NC 27529** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreements** | **Trinity Fund Partners** |
|---|---|---|---|
| | | | **Attn: Manager, Agent, Officer** |
| | | | **105 Eastchase Court** |
| | | | **Morrisville, NC 27560** |

Debtor 1    **OfficeMart, Inc.**
_____    Case number *(if known)*    _____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract    _____

---

**2.85.** State what the contract or
lease is for and the nature of
the debtor's interest

**Independent Contractor
Agreement**

State the term remaining

List the contract number of any
government contract    _____

**Troy Moody
99 Clinton Street
Concord, NH 03301**

---

**2.86.** State what the contract or
lease is for and the nature of
the debtor's interest

**Consulting Agreements**

State the term remaining

List the contract number of any
government contract    _____

**Waypoint Growth Advisors
Attn: Manager, Agent, Officer
1808 Pennypacker Lane
Durham, NC 27703**

---

**2.87.** State what the contract or
lease is for and the nature of
the debtor's interest

**Sponsorship
Agreement**

State the term remaining

List the contract number of any
government contract    _____

**Wolfpack Sports Properties, LLC
Attn: Manager, Officer, Agent
2619 Western Boulevard
Raleigh, NC 27606-2125**

---

**2.88.** State what the contract or
lease is for and the nature of
the debtor's interest

**Independent Agent
Sales Partnership
Agreement**

State the term remaining

List the contract number of any
government contract    _____

**Zenergy Brands, Inc.
Attn: Manager, Officer, Agent
6300 West Loop, South Suite
Bellaire, TX 77401**

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>OfficeMart, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor** / Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Jason Angel | 1016 Shannon Court Raleigh, NC 27603 | TVT Capital | ■ D 2.3 / ☐ E/F ___ / ☐ G ___ |
| 2.2 | Jason Angel | 1016 Shannon Court Raleigh, NC 27603 | ImageStar/Turbon Group | ☐ D ___ / ■ E/F 3.32 / ☐ G ___ |
| 2.3 | Jason Angel | 1016 Shannon Court Raleigh, NC 27603 | Solvet Services, LLC | ☐ D ___ / ■ E/F 3.64 / ☐ G ___ |
| 2.4 | Jason Angel | 1016 Shannon Court Raleigh, NC 27603 | Avalon Funding Corporation | ■ D 2.1 / ☐ E/F ___ / ☐ G ___ |
| 2.5 | Adria Systems, LLC | Attn: Manager, Officer, Agent 15-55 Clintonville Street Whitestone, NY 11357 | OfficeMart of North Chicago, LLC | ☐ D ___ / ☐ E/F ___ / ■ G 2.63 |

Debtor  **OfficeMart, Inc.** _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

| 2.6 | **AMIA Enterprise, LLC** | Attn: Manager, Officer, Agent<br>1829 Riestertown Dr., Suite 350<br>Pikesville, MD 21208 | **OfficeMart of Towson, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G    2.64 |
|---|---|---|---|---|
| 2.7 | **Farrukh & Afia Enterprise, LLC** | Attn: Manager, Officer, Agent<br>1328 North Rolling Rd<br>Catonsville, MD 21228 | **OfficeMart of Catonsville, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G    2.62 |

| Fill in this information to identify the case: |
|---|

Debtor name   **OfficeMart, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$9,648.01** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other  **PPE Sales** | **$1,226,322.99** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$24,301.71** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other  **PPE Sales** | **$9,093,377.19** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | **Disaster Relief** | **$10,000.00** |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **OfficeMart, Inc.**                                                    Case number *(if known)*

---

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.** **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.** **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | TVT Capital, LLC v. OfficeMart Inc d/b/a OfficeMart a/k/a OfficeMart.com and Jason Angel 515805/2021 | Collection and Breach of Contract | Supreme Court of State of NY County of Kings | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | XSE Group, Inc. d/b/a Image Star v. Prime Office Supplies, LLC d/b/a OfficeMart.com and Jason Angel 21 CVS 3616 | Collection | State of North Carolina - Wake County | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Solvet Services L L C v. H D Ventures L L C et al 6:20-cv-00861-MJJ-CBW | Collection | U.S.D.C. - Western District of Louisiana | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **OfficeMart, Inc.**                                           Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Medline Industries, Inc. v. OfficeMart, Inc.**<br>**5:20-cv-00171-BO** | **Collection** | **U.S.D.C. - Eastern District of NC** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **PC Specialists, Inc. d.b.a Technology Integration Group v. Big Red Print Solutions et al.**<br>**37-2021-00021348-CU-BC-CTL** | **Breach of Contract** | **Superior Court of California County of San Diego** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor    **OfficeMart, Inc.** _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Buckmiller, Boyette & Frost, PLLC Attn: Manager, Agent, Officer 4700 Six Forks Road, Ste. 150 Raleigh, NC 27609** | **$12,500 $12,500 *See additional information contained in the Affidavit attached to the Application for Employment of Attorney for the Debtor** | **6/18/2021 6/30/2021** | **$25,000.00** |
| | Email or website address **www.bbflawfirm.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Buckmiller, Boyette & Frost, PLLC 4700 Six Forks Road, Suite 150 Raleigh, NC 27609** | **1,500.00 7,500.00 1,000.00 5,000.00 Payments for representation in civil lawsuits filed in state and federal courts and other advise and consultation related to the same** | **01/26/2021 02/05/2021 04/07/2021 05/24/2021** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **649 Poole Drive Garner, NC 27529** | |

Debtor    **OfficeMart, Inc.**                                    Case number *(if known)*

---

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **OfficeMart, Inc.**                                           Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage 525 US 70 E. Garner, NC 27529** | **Jason Angel: 1016 Shannon Court, Raleigh NC 27603 Katrina Sparks: 434 Chris Court, Garner NC 27529 John DeWyke: 363 Rosa Circle, Willow Springs NC 27592** | **Printer parts, printers, supplies** | ☐ No ■ Yes |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor   **OfficeMart, Inc.** _____   Case number *(if known)* _____

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **OFFICEMART OF NORTH CHICAGO, LLC**<br>**Attn: Manager, Officer, Agent**<br>**649 Poole Drive**<br>**Garner, NC 27529** | **E2 Business set up for international investor to purchase territory rights to distribution** | EIN:<br><br>From-To   **5/2019 - present** |
| 25.2.  **OFFICEMART OF TOWSON, LLC**<br>**Attn: Manager, Officer, Agent**<br>**649 Poole Drive**<br>**Garner, NC 27529** | **E2 Business set up for international investor to purchase territory rights to distribution** | EIN:<br><br>From-To   **11/2020 - present** |
| 25.3.  **OFFICEMART OF CATONSVILLE, LLC**<br>**Attn: Manager, Officer, Agent**<br>**649 Poole Drive**<br>**Garner, NC 27529** | **E2 Business set up for international investor to purchase territory rights to distribution** | EIN:<br><br>From-To   **10/2019 - present** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Katrina Sparks**<br>**343 Chris Court**<br>**Garner, NC 27529** | **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Katrina Sparks**<br>**343 Chris Court**<br>**Garner, NC 27529** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor   **OfficeMart, Inc.**                                    Case number *(if known)*

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Angel | 1016 Shannon Court<br>Raleigh, NC 27603 | Chief Executive Officer/Chairman of Bd Dir. | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Katrina Sparks | 343 Chris Court<br>Garner, NC 27529 | Chief Administrative Officer/Dir. on Bd of Dir. | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jimmy Melton | 115 Cupola Chase Way<br>Cary, NC 27519 | Dir. on Bd of Dir. | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Katrina Sparks<br>343 Chris Court<br>Garner, NC 27529 | $50,070 | Various | Salary/commission |
| | Relationship to debtor<br>Chief Administrative Officer | | | |
| 30.2. | Jason Angel<br>1016 Shannon Court<br>Raleigh, NC 27603 | $51,300 | Various | Salary/commission |
| | Relationship to debtor<br>Chief Executive Officer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **OfficeMart, Inc.**                                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 16, 2021**

**/s/ Jason D. Angel**                                **Jason D. Angel**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of North Carolina

In re   **OfficeMart, Inc.**     Case No. _____

       Debtor(s)     Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alec Hulmes<br>1529 Crafton Way<br>Raleigh, NC 27607 | common | 12,500 | SH |
| Brandon Gray<br>2719 Graves Dr #15<br>Goldsboro, NC 27534 | common | 50,000 | SH |
| Brian Garavuso<br>8 Sun Glow Lane<br>Las Vegas, NV 89135 | common | 1,079,694 | SH |
| Brian Morin<br>69 Portsmouth Street<br>Concord, NH 03301 | common | 25,000 | SH |
| Brian Toelle<br>1801 Prescott Dr<br>Stevens Point, WI 54482 | common | 50,000 | SH |
| Bruce Roach<br>1918 Washington St. NE<br>Albuquerque, NM 87110 | common | 1,000,000 | SH |
| Casey Walker<br>307 Springview Drive<br>Sanford, FL 32773 | common | 25,000 | SH |
| Dan Ofchinick<br>157 Lewisham Road<br>Cranberry, PA 16319 | common | 25,000 | SH |
| Drew Paras<br>3842 Keith Bridge Rd Suite 258<br>Cumming, GA 30041 | common | 5,000,000 | SH |
| Harold Lane Fenner<br>330 Pelton Court<br>Johns Creek, GA 30022 | common | 500,000 | SH |
| Jason Angel<br>1016 Shannon Court<br>Raleigh, NC 27603 | common | 51,000,000 | SH |
| Jason Mackey<br>6229 Walhonding Road<br>Bethesda, MD 20816 | common | 1,150,000 | SH |

Sheet 1 of 3 in List of Equity Security Holders

In re:  **OfficeMart, Inc.** _____     Case No. _____
                                   Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jimmy Melton**<br>**115 Cupola Chase Way**<br>**Cary, NC 27519** | **common** | **5,000,000** | **SH** |
| **Jonathan Dunsmore**<br>**3407 Delaware Ave, Suite 257**<br>**Buffalo, NY 14217** | **common** | **125,000** | **SH** |
| **Katrina Sparks**<br>**343 Chris Court**<br>**Garner, NC 27529** | **common** | **10,000,000** | **SH** |
| **Malcolm Sullivan**<br>**2720 Graves Drive #15**<br>**Goldsboro, NC 27534** | **common** | **50,000** | **SH** |
| **Mark Isman**<br>**343 Chris Court**<br>**Garner, NC 27529** | **common** | **50,000** | **SH** |
| **Mary Jo Sandretsky**<br>**1641 Highway 12**<br>**Two Harbors, MN 55616** | **common** | **12,500** | **SH** |
| **Melton Randle**<br>**6922 Shady View Ct**<br>**Sachse, TX 75048** | **common** | **62,500** | **SH** |
| **Preston Edmondsen**<br>**105 Eastchase Ct**<br>**Morrisville, NC 27560** | **common** | **250,000** | **SH** |
| **Salvatore Martorano** | **common** | **25,000** | **SH** |
| **Wayne Conlon**<br>**22 High Meadows Lane**<br>**West Haven, CT 06516** | **common** | **25,000** | **SH** |

List of equity security holders consists of 3 total page(s)

In re:   **OfficeMart, Inc.** _____     Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 16, 2021** _____     Signature   **/s/ Jason D. Angel** _____
                                                                    **Jason D. Angel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of North Carolina

In re   **OfficeMart, Inc.**
_____   Case No. _____
                                    Debtor(s)        Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 16, 2021**
_____

**/s/ Jason D. Angel**
_____
**Jason D. Angel**/CEO
Signer/Title

OfficeMart, Inc.
607 Benson Road
Garner, NC 27529

United States Attorney
Attn: Civil Process Clerk
150 Fayetteville St., Ste 210
Raleigh, NC 27601-1461

Alliance Supply
Attn: Manager, Agent, Officer
2161 E County Rd 540A #257
Lakeland, FL 33813

Blake Y. Boyette
Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Road
Suite 150
Raleigh, NC 27609

613 Trading Inc.
Attn: Manager, Agent, Officer
2875 NE 191st St #305
Aventura, FL 33180

American Academy of Thermology
Attn: Manager, Agent, Officer
500 Duvall Drive
Greenville, SC 29607

Marjorie K. Lynch
U.S. Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

ADMD Solutions, LLC
Attn: Manager, Officer, Agent
16416 US HWY 19 N #918
Clearwater, FL 33764

American Heart Association
Attn: Manager, Agent, Officer
7272 Greenville Avenue
Dallas, TX 75231

US Securities and Exchange Comm.
Office of Reorganization
950 E Paces Ferry Road NE, Ste. 900
Atlanta, GA 30326

Adria Systems, LLC
Attn: Manager, Officer, Agent
15-55 Clintonville Street
Whitestone, NY 11357

AMIA Enterprise, LLC
Attn: Manager, Officer, Agent
1829 Riestertown Dr., Suite 350
Pikesville, MD 21208

Secretary of Treasury
Attn: Managing Agent
1500 Pennsylvania Ave. N.W.
Washington, DC 20220

Advanced Business Strategies
Attn: Manager, Agent, Officer
9704 Koupela Drive
Raleigh, NC 27614

Andrea Cattle
1931 Melose Valley Circle 1521C
Raleigh, NC 27603

North Carolina Dept of Revenue
Office Services Division
Bankruptcy Unit
Raleigh, NC 27602-1168

Ailena White
15905 Ben Tree Forest Circle #2070
Dallas, TX 75248

Antonio Archibold
1781 Felts Pkwy
Fort Mill, SC 29715

Internal Revenue Service
Attn: Manager, Officer, Agent
PO Box 7346
Philadelphia, PA 19101-7346

Alane Manda
1846 Beechwood Ave NE
North Canton, OH 44720

Appreciative Living & People Sol
453 Soi Anamai Ngam Charoen 33
Khwaeng Thaian 10150
BANGKOK

US Attorney General
950 Pennsylvania Ave. N.W
Washington, DC 20530

Alec Hulmes
1529 Crafton Way
Raleigh, NC 27607

Arbo Ministries
Attn: Manager, Agent, Officer
14 Curtis Road
Gilford, NH 03249

Josh Stein
NC Attorney General
9001 Mail Service Center
Raleigh, NC 27699

All Cargo Logistic Services
3 Hashron St–Airport City-POB 181
Lod - 7019900
ISRAEL

Ashly Boesche
Pattishall, McAuliffe, Newbury
200 South Wacker Drive #2900
Chicago, IL 60606

Aster Graphics
Attn: Manager, Agent, Officer
12000 Magnolia Avenue, Ste. 101
Riverside, CA 92503

Brent Anderson
300 Sandal Lane
Panama City Beach, FL 32413

Charissa Kash
1640 Powers Ferry Rd.
Bldg 19-20
Marietta, GA 30067

Austin Eatman
1124 W. Pope Street
Benson, NC 27504

Brian Garavuso
8 Sun Glow Lane
Las Vegas, NV 89135

Chase Nimo
3939 Glenwood Avenue
Raleigh, NC 27612

Avalon Funding Corporation
Attn: Manager, Agent, Officer
PO Box 10863
Santa Ana, CA 92711

Brian Morin
69 Portsmouth Street
Concord, NH 03301

Connecting World Merchandise, LL
Attn: Manager, Agent, Officer
30 N. Gould Street #9431
Sheridan, WY 82801

Bienali Promotions, LLC
Attn: Manager, Officer, Agent
1811 St. John Ave. Suite 201
Highland Park, IL 60035

Brice Bickford
2135 E, 153rd Terrace
Olathe, KS 66062

Connie Gardner
2429 Brockton Cir.
Naperville, IL 60565

Bill Hopkins
2811 Grande Valley Circle
Cary, NC 27513

Bridge to the Nations
Attn: Manager, Agent, Officer
PO Box 1829
Wake Forest, NC 27588

Connor Mansell
23737 HWY 24
Russellville, AL 35653

BioFusion Corp
Attn: Manager, Agent, Officer
1415 2nd Street Unit 412
Sarasota, FL 34236

Builder & Builder Investment Group
Attn: Manager, Agent, Officer
1106 Anderson Street
Durham, NC 27705

Corp. Service Company
Attn: Manager, Officer, Agent
PO Box 2576
Springfield, IL 62708

Braden River Soccer Club
Attn: Manager, Agent, Officer
11523 Palbrush Tr #212
Bradenton, FL 34202

Caliber Technologies, LLC
Attn: Manager, Agent, Officer
4 Fox Meadow Lane
Lloyd Harbor, NY 11743

Craig Cocharo
16 Airway Circle #1C
Towson, MD 21286

Branch Messenger Inc.
Attn: Manager, Agent, Officer
301 S. 4th Avenue Ste. 960N
Minneapolis, MN 55415

Casey Walker
307 Springview Drive
Sanford, FL 32773

Currency Capital
Attn: Manager, Agent, Officer
12100 Wilshire Blvd. 18th FL
Los Angeles, CA 90025

Brandon Gray
2719 Graves Dr #15
Goldsboro, NC 27534

Champro
Attn: Manager, Agent, Officer
1175 Wheeling Road
Wheeling, IL 60090

Curtis Tolson
PO Box 1996
Columbia, MO 65205

Dan Ofchinick
157 Lewisham Road
Cranberry, PA 16319

Edmond Soccer Club
Attn: Manager, Agent, Officer
PO Box 955
Edmond, OK 73083

Hannah Stone
1732 Netherfield Lane
Raleigh, NC 27610

Dan White
6607 SE 92nd Ave.
Portland, OR 97266

Eric Bartz
3284 S. Fox Street
Englewood, CO 80110

Harold Lane Fenner
330 Pelton Court
Johns Creek, GA 30022

Danny Barnes
607 Hawks Ridge Court
Apex, NC 27539

Essendant
Attn: Manager, Agent, Officer
PO Box 821724
Philadelphia, PA 19182-1724

Hrishikesh Gogate
9733 Ridgeforest Drive
Charlotte, NC 28277

David Corker
5177 Brecon Ct
Rochester, MI 48306

Expedited Partners LLC
Attn: Manager, Agent, Officer
1027 Challenger
Lakeway, TX 78734

Hunter Edwards
1804 Kelly Glen Drive
Apex, NC 27502

David Horton
407 Carolina Avenue
Raleigh, NC 27606

Farrukh & Afia Enterprise, LLC
Attn: Manager, Officer, Agent
1328 North Rolling Rd
Catonsville, MD 21228

ImageStar/Turbon Group
Attn: Manager, Agent, Officer
PO Box 93
Brattleboro, VT 05302-0093

David Magnano
2515 Alexander Place #3205
Clearwater, FL 33763

Global Clean
Attn: Manager, Agent, Officer
905 Martin Luther King Dr. #540
Tarpon Springs, FL 34689

Imark
Attn: Manager, Agent, Officer
4201 Northview Drive #3030
Bowie, MD 20716

David Plummer
7585 Excitement Drive
Reunion, FL 34747

Global Ordance
Attn: Manager, Agent, Officer
2150 Witfield Avenue
Sarasota, FL 34243

Impact Business Group
Attn: Manager, Agent, Officer
1802 Prescott Drive
Stevens Point, WI 54482

Dean Paul Window
128 Percheron Drive
Zebulon, NC 27597

GreenLayer
Attn: Manager, Agent, Officer
1853 SW Jefferson Street
Portland, OR 97201

Infinite Access Group
Attn: Manager, Agent, Officer
PO Box 129
Savage, MN 55378

Digitek Imaging Products
Attn: Manager, Agent, Officer
PO Box 601029
Charlotte, NC 28260-1029

GreenLayer
Attn: Manager, Agent, Officer
4804 NW Bethany Blvd #210
Portland, OR 97229

Internal Revenue Service
Attn: Manager, Agent, Officer
PO Box 7346
Philadelphia, PA 19101-7346

Isaiah Sheppard
10008 Bradford Grove
Frisco, TX 75035

Jimmy Melton
115 Cupola Chase Way
Cary, NC 27519

Katrina Sparks
343 Chris Court
Garner, NC 27529

Jack McCarthy
1775 E. Palm Canyon Ste 110-111
Palm Springs, CA 92264

Joe Zukosky
3825 Creek Circle
Charlotte, NC 28213

Kim Roberts
118 Scotch Bonnet Ridge
Clayton, NC 27520

James Miller
7412 9th Street SE
Buffalo, MN 55313

John B. Dunlap III
Dunlap Fiore, LLC
6700 Jefferson Highway Bldg 2
Baton Rouge, LA 70806

Langston University Ntl Alumni As
Attn: Manager, Agent, Officer
6700 N. MLK Ave. #13
Oklahoma City, OK 73111

Jamie Woods
52 Central Street
Franklin, NH 03235

John Ocenar
925 Eno Point
Lawrenceville, GA 30045

Laser Pros International
Attn: Manager, Agent, Officer
One International Lane
Rhinelander, WI 54501

Jason Angel
1016 Shannon Court
Raleigh, NC 27603

Jorge Garcia
5813 Montserrat Drive
Corpus Christi, TX 78414

Liberty Parts Team
Attn: Manager, Agent, Officer
3517 W. Beltline HWY
Madison, WI 53713

Jason Mackey
6229 Walhonding Road
Bethesda, MD 20816

Joseph Deoudes
7313 Greentree Rd.
Bethesda, MD 20817

Lourdes Destacamento Stack
310 Paladium Ct. Unit 402
Owings Mills, MD 21117

Jay Sutton
6023 Manning Road
Indianapolis, IN 46228

Joshua Rockoff
6 Clinton Lane
Harrison, NY 10528

Malcolm Sullivan
2720 Graves Drive #15
Goldsboro, NC 27534

Jim Dudgeon
5898 Jackelyn Court
Washington, MI 48094

Kairos Moment, LLC
Attn: Manager, Officer, Agent
205 W. Lake Mary Blvd, Suite 230
Sanford, FL 32773

Mark Ishman
8601 Six Forks Rd., Unit 400
Raleigh, NC 27615

Jim Ford
10801 NW 103rd Circle
Yukon, OK 73099

Karla Mae Capital, LLC
Attn: Manager, Officer, Agent
1405 Ashford Ave, Suite 904N
San Juan, PR 00907

Mary Jo Sandretsky
1641 Highway 12
Two Harbors, MN 55616

Matt Kanuck
8740 Ingleton Court
Orlando, FL 32836

Mortar Cloud, LLC dba Docufrom
Attn: Manager, Agent, Officer
7040 Avenida Encinas Ste. 104
Carlsbad, CA 92011

OfficeMart of North Chicago, LLC
Attn: Manager, Officer, Agent
649 Poole Drive
Garner, NC 27529

Max Expo
14 Spring Street
Waltham, MA 02452

Nathan Robinson
The Sigmon Law Firm
PO Box 17249
Raleigh, NC 27619

OfficeMart of Towson, LLC
Attn: Manager, Officer, Agent
649 Poole Drive
Garner, NC 27529

MD Oil
190 White Ash Drive
Brandon MB
CANADA

National Utilities Refund LLC
Attn: Manager, Agent, Officer
1717 Main Street
Northampton, PA 18067

Oklahoma Janitorial
Attn: Manager, Officer, Agent
4101 SW 29th St
Oklahoma City, OK 73119

Medline Industries, Inc.
Attn: Manager, Agent, Officer
3 Lakes Drive
Northfield, IL 60093-2753

NC Department of Revenue
Office Serv. Div, Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Onncore
Attn: Manager, Agent, Officer
5166 Sycamore Canyon Dr
El Dorado Hills, CA 95762

Melvin Gordon
6922 Shady View Court
Sachse, TX 75048

NCFC
Attn: Manager, Agent, Officer
5017 Memory Road
Raleigh, NC 27609

Onsite
Attn: Manager, Agent, Officer
5072 Hwy 50
El Dorado Hills, CA 95762

Michael Huboky
12 Park Side Drive
Sicklerville, NJ 08081

NetChex
Attn: Manager, Agent, Officer
1155 Hwy 190 E. Service Rd. #2
Covington, LA 70433

Onterrio Eason
4238 Barber Mill Rd Lot 32
Clayton, NC 27520

Michael Lewis
1226 Slider Drive
Raleigh, NC 27614

Nicholas Benedetto Esq.
The Law Office Nicholas Benedetto
352 7th Avenue Suite 907
New York, NY 10001

Owl Med Supplies
Attn: Manager, Agent, Officer
1746 E. Silver Star Rd. #365
Ocoee, FL 34761

Michael Touhey
416 Gambit Circle
Wake Forest, NC 27587

Oak Sourcing & Logistics, LLC
Attn: Manager, Agent, Officer
1620 Central Avenue #2020
Cheyenne, WY 82001

Patrick Redman
6998 Toscana Trace
Summerfield, NC 27358

Monster Voip
Attn: Manager, Agent, Officer
1730 East Holly Avenue
El Segundo, CA 90245

OfficeMart of Catonsville, LLC
Attn: Manager, Officer, Agent
649 Poole Drive
Garner, NC 27529

Paul Lowe
2309 Savannah Drive
Mansfield, TX 76063

Penn Crosby LLC
Attn: Manager, Agent, Officer
191 College Street #215
Burlington, VT 05401

Sandy International
Attn: Manager, Agent, Officer
205 E. 42nd Street
New York, NY 10017

SP Richards
Attn: Manager, Agent, Officer
4300 Wildwood Pkwy #100
Atlanta, GA 30339

PMB Holdings LLC
Attn: Manager, Agent, Officer
1343 Main Street #402
Sarasota, FL 34236

Sarah Barker SSB Consulting
Attn: Manager, Agent, Officer
2948 W. Gemstone Drive
Meridian, ID 83646

Sparta Consulting
Attn: Manager, Officer, Agent
1717 N. Bayshore Dr, Apt 1237
Miami, FL 33132

PrimeTime Global Logistics
Attn: Manager, Agent, Officer
7350 N. Dobson Road #130
Scottsdale, AZ 85256

Sean Kanuck, Esq. PLLC
Attn: Manager, Agent, Officer
330 S. West Street #308
Alexandria, VA 22314

Steve Weedon
1513 Paros Hill Lane
Apex, NC 27502

Qurat ul Ain Kashif
1829 Riestertown Drive #350
Pikesville, MD 21208

Selina Hofland
6423 Boot Hill Rd
Casper, WY 82605

Summit
Attn: Manager, Agent, Officer
11961 Tech Road
Silver Spring, MD 20904

Reid & Wise
Attn: Manager, Agent, Officer
One Penn Plaza, Ste. 2015
New York, NY 10119

Shannon Edwards
2427 Tall Sequoia Drive
Fresno, TX 77545

Tammy Croom
5221 Somerset Mill Ln.
Raleigh, NC 27616

ROI Sports & Entertainment
Attn: Manager, Agent, Officer
2405 Havershire Drive #2020
Raleigh, NC 27613

SITS
18 Dattwadi
Sinhagad Rd. Pune 411030
INDIA

Technology Integration Group
Attn: Manager, Agent, Officer
10240 Flanders Court
San Diego, CA 92121

Rudy Wrabel
11727 Dorothy Street #301
Los Angeles, CA 90049

Solvet Services, LLC
Attn: Manager, Agent, Officer
345 Doucet Rd. Ste 212
Lafayette, LA 70503

The Franchise Consulting Co.
Attn: Manager, Agent, Officer
3735 SW 8th Street
Miami, FL 33134

Rudy Wrabel
27707 Merchant Hills Lane
Katy, TX 77494

Sonya Hicks
6009 Elk Ridge Drive
Kernersville, NC 27284

TNC Health Solutions, LLC
Attn: Manager, Officer, Agent
5847 San Felipe St., Suite 1700
Houston, TX 77056

Rush Ford
3931 Northwest 27th
Oklahoma City, OK 73107

Sound Mind Ministry
Attn: Manager, Agent, Officer
1418 Aversboro Rd #204
Garner, NC 27529

Triangle OfficeMart, LLC
Attn: Manager, Officer, Agent
1204 Northview Street
Garner, NC 27529

Trinity Fund Partners
Attn: Manager, Agent, Officer
105 Eastchase Court
Morrisville, NC 27560

Troy Moody
99 Clinton Street
Concord, NH 03301

TVT Capital
Attn: Manager, Agent, Officer
90 Broad Street, Ste. 16
New York, NY 10004

Vendesta
410 22nd St. E 15th FL
Saskatoon SK S7K 5T6
CANADA

Veritiv
Attn: Manager, Agent, Officer
6120 South Gilmore Road #400
Fairfield, OH 45014

Vigilant Hope
Attn: Manager, Agent, Officer
PO Box 816
Wilmington, NC 28401

Wake County Tax Collector
Attn: Manager, Agent, Officer
P.O. Box 2331
Raleigh, NC 27602

Waypoint Growth Advisors
Attn: Manager, Agent, Officer
1808 Pennypacker Lane
Durham, NC 27703

Wingswept
Attn: Manager, Agent, Officer
800 Benson Road
Garner, NC 27529

Wolfpack Sports Properties, LLC
Attn: Manager, Officer, Agent
2619 Western Boulevard
Raleigh, NC 27606-2125

Zenergy Brands, Inc.
Attn: Manager, Officer, Agent
6300 West Loop, South Suite
Bellaire, TX 77401

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **OfficeMart, Inc.**
_____
                                    Debtor(s)

Case No. _____
Chapter    **11**    _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**OfficeMart, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 16, 2021**
_____
Date

**/s/ Blake Y. Boyette**
_____
**Blake Y. Boyette 44239**
Signature of Attorney or Litigant
Counsel for    **OfficeMart, Inc.**
_____
**Buckmiller, Boyette & Frost, PLLC**
**4700 Six Forks Road**
**Suite 150**
**Raleigh, NC 27609**
**919-296-5040 Fax:919-890-0356**
**bboyette@bbflawfirm.com**